## UNITED STATES BANKRUPTCY COURT

## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: Mark Evan Freeman | Case No: 05-10496-7 |
| Debtor | Chapter 7 |

## NOTICE OF ENTRY OF APPEARANCE

## OF

## COMPOUNDING PHARMACIES OF LOUISIANA, INC.

## D/B/A PROFESSIONAL ARTS PHARMACY

**COMES NOW COMPOUNDING PHARMACIES OF LOUISIANA, INC., D/B/A**

**PROFESSIONAL ARTS PHARMACY** and enters its appearance in the above-captioned

cause as a party with an interest in the estate of the debtors pursuant to Bankruptcy Rule 9010 (b)

and requests notice of all proceedings to be mailed to its counsel:

MICHAEL F. MILEY
DeBAILLON & MILEY
P. O. Drawer 51387
Lafayette, Louisiana 70505
Tel. (337) 237-0598
Fax. (337) 233-8867
mfmiley@debaillonmiley.com

Dated this 17th day of March, 2005.

Respectfully submitted,
**DeBaillon & Miley**
S:/Michael F. Miley

Michael F. Miley # 22,834
201 Travis Street
PO Drawer 51387
Lafayette, Louisiana 70505
Tel. (337) 237-0598
Fax. (337) 233-8867
mfmiley@debaillonmiley.com

Attorneys for Compounding Pharmacies of
Louisiana, Inc., d/b/a Professional Arts Pharmacy